UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR ROUSE, et al.,

                Plaintiffs,

                              CIVIL CASE NO. 06-10961

v.

PATRICIA CARUSO, BLAINE         HONORABLE STEPHEN J. MURPHY, III
LAFLER, BARBARA MEAGHER, et
al.,

                Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Paul J. Komives "Corrected Report and Recommendation," filed on November 5, 2008. The Magistrate Judge served the Report and Recommendation on all parties and notified the parties that any objections must be filed within ten days of service. No objections to the Report and Recommendation have been filed. Consequently, the Court does not need to conduct a review and will accept and adopt the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Corrected Report and Recommendation [docket entry #204] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**SO ORDERED.**

                                s/Stephen J. Murphy, III
                                STEPHEN J. MURPHY, III
                                United States District Judge

Dated: March 31, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2009, by electronic and/or ordinary mail.

       s/Alissa Greer
       Case Manager